UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY GENTHNER,<br><br>            Plaintiff,<br><br>     v.<br><br>CLOVIS COMMUNITY HOSPITAL et al.,<br><br>            Defendants. | No.  1:16-cv-00581-DAD-BAM<br><br>Appeal No. 17-15372<br><br>ORDER REVOKING IN FORMA PAUPERIS STATUS |

Plaintiff Debby Genthner is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This court dismissed the  third amended complaint plaintiff filed in this action for failure to state a cognizable federal claim, and dismissed her state law claims without prejudice.  (Doc. Nos. 9, 11).  Thereafter, plaintiff filed a notice of appeal.  (Doc. No. 13.)

On March 8, 2017, the Ninth Circuit Court of Appeals referred the matter back to this court for the limited purpose of determining whether plaintiff's in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith, under 28 U.S.C. § 1915(a)(3).  (Doc. No. 16.)  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  Revocation of in forma pauperis status is appropriate when a district court finds an appeal to be frivolous.  *Hooker v. American Airlines*, 302 F.3d 1091, 1091–92 (9th Cir. 2002).

1

1       For the reasons stated in the December 9, 2016 findings and recommendations (*see* Doc.
2 No. 9) and adopted in full on January 30, 2017 (Doc. No. 11), the court finds that the instant
3 appeal is frivolous.  Despite numerous opportunities, plaintiff failed to state cognizable federal
4 claims under 42 U.S.C. §§ 1983 and 1985, and under the Emergency Medical Treatment and
5 Active Labor Act.  The court therefore certifies that plaintiff's appeal is not taken in good faith,
6 and concludes that plaintiff's in forma pauperis status should not continue for purposes of the
7 appeal.
8       Accordingly,
9     1. The appeal is declared frivolous and not taken in good faith;
10     2. Plaintiff's in forma pauperis status is revoked;
11     3. Pursuant to 28 U.S.C. § 1915(a)(3), plaintiff is not entitled to proceed in forma
12        pauperis in Appeal No.  17-15372, filed February 1, 2017;
13     4. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this order serves as notice
14        to the parties and the United States Court of Appeals for the Ninth Circuit of the
15        finding that plaintiff is not entitled to proceed in forma pauperis for this appeal; and
16     5. The Clerk of the Court is directed to serve a copy of this order on plaintiff and the
17        United States Court of Appeals for the Ninth Circuit.
18 IT IS SO ORDERED.
19   Dated:  **March 14, 2017**                */s/ Dale A. Drozd*
20                                         UNITED STATES DISTRICT JUDGE